UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-23172-MGC

DANIEL ROMERO,

    Plaintiff,

v.

ASSOCIATION CAPITAL RESOURCES, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DANIEL ROMERO, by and through the undersigned counsel, and Defendant, ASSOCIATION CAPITAL RESOURCES, LLC., by and through undersigned counsel, hereby notify the Court that the parties have reached a settlement of the Plaintiff's claim and are in the process of finalizing the appropriate settlement documents. Once the parties have fully executed the settlement documents, the Plaintiff will file a Motion to Dismiss with Prejudice as to all claims asserted in this action.

Dated: February 26, 2015

    Respectfully submitted,

| | |
|---|---|
| HERNANDEZ LAW. P.L. | COLE, SCOTT & KISSANE, P.A. |
| *Attorneys for the Plaintiff* | *Attorneys for the Defendant* |
| 10451 SW 157 Place, #101 | 1645 Palm Beach Lakes Blvd., 2nd Floor |
| Miami, FL 33196 | West Palm Beach, FL 33401 |
| Telephone: 305-444-4407 | Telephone: 561-383-9200 |
| E-mail: andy@arhlegal.com | E-mail: joseph.valdivia@csklegal.com |
| By: /s/ Andy R. Hernandez | By: /s/ Joseph F. Valdivia |
|     ANDY R. HERNANDEZ |     RACHEL K. BEIGE |
|     FBN: 059970 |     FBN: 0016366 |
| |     JOSEPH F. VALDIVIA |
| |     FBN: 0107878 |

Case No. 14-cv-23172-MGC

MARTINEAU, GONKO & VAVRECK, PLLC
*Attorneys for the Plaintiff*
401 North Third Street, Suite 600
Minneapolis, MN 55401
Telephone: 612-659-9500
Email: mvavreck@mgvlawfirm.com

By: /s/ Thomas J. Lyons, Jr.
    THOMAS J. LYONS, JR
    Attorney I.D. #249646

CONSUMER JUSTICE CENTER PA
*Attorneys for the Plaintiff*
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: 651-770-9707
Email: tommycjc@aol.com

By: /s/ Mark L. Vavreck
    MARK. L. VAVRECK                              .
    Attorney I.D. #318619