UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-Civ-23172-COOKE/TORRES

DANIEL ROMERO,

    Plaintiff,

vs.

ASSOCIATION CAPITAL
RESOURCES LLC,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING
## CASE UPON NOTICE OF SETTLEMENT

THIS MATTER is before me on the parties' Notice of Settlement, ECF No. 27. The parties have amicably resolved this matter. Accordingly, this case will now be administratively closed pending the Plaintiff filing a notice of dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), or the parties filing a stipulation of dismissal, pursuant to Rule 41(a)(1)(A)(ii). In the event a stipulation of final dismissal is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they must condition the stipulation upon this Court entering an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

A notice of dismissal, or a stipulation of dismissal shall be filed within thirty (30) days of this Order. The Clerk shall *administratively* **CLOSE** this case. Any party may move to re-open the case should there be a problem in reaching a final settlement agreement. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 26th day of February 2015.

                                                                MARCIA G. COOKE
                                                                United States District Judge

Copies provided to:
Edwin G. Torres, U.S. Magistrate Judge
Counsel of Record